No. 86–1620.  SMOKY GREENHAW COTTON CO., INC., ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. C. A. 5th Cir.  Certiorari denied.

No. 86–1629.  511 DETROIT STREET, INC., ET AL. *v.* KELLEY, ATTORNEY GENERAL OF MICHIGAN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86–1693.  Y ET AL. *v.* KURIANSKY, DEPUTY ATTORNEY GENERAL OF NEW YORK FOR MEDICAID FRAUD CONTROL.  Ct. App. N. Y.  Certiorari denied.

No. 86–1694.  SAVELY ET AL. *v.* CITY OF HOUSTON, TEXAS, ET AL.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 86–1695.  REIBOLDT *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 86–1697.  FORTIN *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 86–1702.  UNITED DAIRYMEN OF ARIZONA *v.* LASALVIA ET UX.  C. A. 9th Cir.  Certiorari denied.

No. 86–1703.  LANCASTER *v.* BUERKLE BUICK HONDA CO. C. A. 8th Cir.  Certiorari denied.

No. 86–1706.  KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. *v.* JOHNSTONE.  C. A. 2d Cir.  Certiorari denied.

No. 86–1708.  MCDERMOTT *v.* TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE.  C. A. 6th Cir.  Certiorari denied.

No. 86–1723.  WALSH *v.* UNION PACIFIC RAILROAD CO. ET AL. C. A. 8th Cir.  Certiorari denied.

No. 86–1730.  SETERA *v.* TEXAS A & M UNIVERSITY ET AL. C. A. 1st Cir.  Certiorari denied.